EMPIRE STEAMSHIP SERVICE CORP., Respondent, v. WILLIAM PALUMBO, Appellant. WILLIAM PALUMBO, Appellant, v. EMPIRE STEAMSHIP SERVICE CORPORATION and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands, etc., for an Additional Approach to the Triborough Bridge, etc. BLUE RIDGE COAL CORP. and F. J. KERNER COAL CO., INC., Appellants; THE CITY OF NEW YORK, Respondent.— Decree so far as appealed from unanimously affirmed, with costs, without prejudice to the claim of the Kerner Coal Co., Inc., against its landlord for its share of the condemnation award in accordance with the terms of its lease. (See *Matter of City of New York* [*Triborough Bridge*], *ante*, p. 267, decided herewith.) Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ. [159 Misc. 617.]

EAST RIVER SAVINGS BANK, Respondent, v. EPHRAIM SAMUELS, JULIUS SAMUELS, ISIDORE SAMUELS and CLINTON T. TAYLOR, Appellants, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of a copy of the order with notice of entry thereof, on payment of said costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to dismiss as to so much of the cause of action set forth in the complaint as attempts to establish against the appellants individually liability for a deficiency judgment. [170 Misc. 779.]

In the Matter of the Application of GEORGE J. WEPPLER, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, etc., to Review the Acts of PAUL J. KERN and Others, as Municipal Civil Service Commissioners, etc., and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ. [170 Misc. 933.]

CENTRAL SAVINGS BANK IN THE CITY OF NEW YORK, Respondent, v. MILLESTELL CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY CAPONE, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DELORE, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CALLAHAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.